# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ADOLFO MORENO III, Individually and For Others Similarly Situated<br><br>v.<br><br>POWERGRID PARTNERS LTD. | **Case No. 3:23-cv-1525** |

## ORDER GRANTING RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court GRANTS Plaintiffs and Defendant's stipulation of dismissal of all claims against PowerGrid Partners Ltd. with prejudice. Accordingly, this action is hereby dismissed with prejudice. Plaintiffs and Defendant are to bear their own costs and attorneys' fees.

It is so ORDERED.

SIGNED this __22__ day of __July__, 2024.


                                                                 s/ Jeffrey J. Helmick
                                                                  UNITED STATES DISTRICT JUDGE